**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | |
|---|---|
| **THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,** : | |
| : | Civil Action No.: |
| **Plaintiff,** : | |
| : | |
| **v.** : | |
| : | **FILED: MAY 01, 2008** |
| **CAROL E. CROWELL, ERIC T. CROWELL,** *a* : | **08CV2485    AEE** |
| **Minor Child, and IAN P. CROWELL,** *a* **Minor** : | **JUDGE DER-YEGHIAYAN** |
| **Child,** : | **MAGISTRATE JUDGE MASON** |
| : | |
| **Defendants.** : | |
| : | |

**COMPLAINT IN INTERPLEADER**

Plaintiff, The Prudential Insurance Company of America (hereinafter, "Prudential"), a

corporation of the State of New Jersey, with its principal place of business located therein at 751

Broad Street, Newark, New Jersey, by way of Complaint in Interpleader says:

**THE PARTIES**

1.      Prudential is an insurance company organized and existing under the laws of

the State of New Jersey with its principal place of business in Newark, New Jersey.  Prudential is

a citizen of the State of New Jersey.  The Servicemembers' Group Life Insurance Program

("SGLI") is established as a division of Prudential.

2.      Defendant Carol E. Crowell is the wife of Thomas A. Crowell, deceased.  On

information and belief, she resides at 300 Schwarz Meadow Ct., O'Fallon, IL 62269, and is a

citizen of the State of Illinois.

3.      Defendant Eric T. Crowell, a minor child, is a child of Thomas A. Crowell,

deceased.  On information and belief, he resides at 300 Schwarz Meadow Ct., O'Fallon, IL

62269, and is a citizen of the State of Illinois.

    4.    Defendant Ian P. Crowell, a minor child, is a child of Thomas A. Crowell, deceased.  On information and belief, he resides at 300 Schwarz Meadow Ct., O'Fallon, IL 62269, and is a citizen of the State of Illinois.

**JURISDICTION AND VENUE**

    5.    This is an action for interpleader pursuant to Federal Rule of Civil Procedure 22. This Court has jurisdiction over this matter pursuant to 28 U.S.C. §1332, because the matter is between citizens of different states and because the amount in controversy exceeds $75,000. Alternatively, jurisdiction is proper under 28 U.S.C. §1331 inasmuch as this matter arises under 38 U.S.C. §1965, *et seq*.

    6.    Venue is proper in this district pursuant to 28 U.S.C. §1397 as one or more claimants resides in this district.

    7.    The matter in controversy is not the subject of any other action pending in any court, or of any pending arbitration or administrative proceeding.

**FACTS SUPPORTING INTERPLEADER**

    8.    Prudential issued Group Policy No. G-32000 to the Secretary of Veterans' Affairs ("Group Policy"), providing life insurance to members of the United States armed forces in accordance with the terms of the Group Policy and the provisions of Subchapter III of Chapter 19, Title 38 of the United States Code.

    9.    At the time of his death, Thomas A. Crowell (hereinafter, the "Deceased"), an active member of the military, was insured under the Group Policy in the amount of $400,000.00.

    10.    On November 1, 2007, the Deceased was killed in action.  A copy of a Certificate of Death is attached hereto as **Exhibit A**.

11.     As a result of the death of the Deceased, the full amount of benefits under the Group Policy, $400,000.00, is due and payable to the appropriate beneficiary or beneficiaries, and liability is conceded to that effect.

12.     Upon information and belief, on or about June 20, 2007, the Deceased executed a SGLI Election and Certificate naming his wife Carol E. Crowell, and his children Eric T. Crowell and Ian P. Crowell, as primary beneficiaries, with each to take a 100% share of the proceeds under the Group Policy.  A copy of the SGLI Election and Certificate is attached hereto as **Exhibit B**.

13.     Prudential claims no title to, or interest in, the life insurance benefits payable under the Group Policy on account of the death of the Deceased, and is ready and willing to pay the proceeds to the person or persons found by the Court entitled to it, but Prudential is unable to make that determination without exposing itself to double or multiple liability on account of the potential competing claims made by Defendants.

14.     Prudential is ready, willing, and hereby offers to deposit the proceeds of the Group Policy in the amount of $400,000, and accrued interest, if any, into the Court, or with a person duly authorized by the Court to receive it.

15.     Prudential has no means other than this action to protect itself against the claims made by Defendants to the benefits payable under the Group Policy.

**WHEREFORE**, Prudential requests that the Court enter judgment:

A.     Appointing Guardians ad Litem to represent the interests of Eric T. Crowell and Ian P. Crowell;

B.    Directing Prudential to pay the sum of $400,000, together with accrued interest, if any, into this Court;

C.    Directing Defendants to interplead their rights to such sum or their rights to control and negotiate such sums for Eric T. Crowell and Ian P. Crowell;

D.    Restraining Defendants, and each of them, from instituting any action against Prudential to recover such sum;

E.    Discharging Prudential from all liability to Defendants arising out of the matters herein set forth upon payment of the sum of $400,000 with accrued interest, if any, into this Court;

F.    Entering an Order awarding Prudential payment of its reasonable attorneys' fees and costs necessitated by the bringing of this action; and

G.    For such other and further relief as this Court deems proper.

Dated:  May 1, 2008                          Respectfully submitted,


_____/s/ Mitchell K. Rovner_____
One of the Attorneys for Attorneys for Defendant
The Prudential Insurance Company of America

Mitchell K. Rovner
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, 5th Floor
Chicago, Illinois 60601
Tel: (312) 324-1000
Fax: (312) 324-1001

08CV2485  AEE
JUDGE DER-YEGHIAYAN
MAGISTRATE JUDGE MASON

## Exhibit List

Exhibit A      Certificate of Death of Thomas A. Crowell, dated November 1, 2007

Exhibit B      SGLI Group Life Insurance Election and Certificate, dated June 20, 2007

# Exhibit A

| REPORT OF CASUALTY | DEPARTMENT OF THE AIR FORCE<br>WASHINGTON D.C.<br>20330-5000 | REPORT CONTROL SYMBOL<br>DD-P&R(AR)1664 |
|---|---|---|

| 1. REPORT TYPE<br>Final | 2. DATE PREPARED<br>06 Dec 2007 |
|---|---|

**3. SERVICE IDENTIFICATION**

| a. NAME (Last, First, Middle and Suffix)<br>CROWELL, Thomas Alfred | | b. SOCIAL SECURITY NUMBER<br>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 | c. RANK<br>MSGT | d. PAY GRADE<br>E-7 | e. OCCUPATION CODE/RATING<br>7S071 |
|---|---|---|---|---|---|
| f. COMPONENT<br>Regular | g. BRANCH<br>USAF | h. ORGANIZATION<br>Detachment 301, 3rd Field Investigations Region, Scott AFB, IL | | | |

**4. CASUALTY INFORMATION**

| a. TYPE<br>Hostile | b. STATUS<br>Deceased | c. CATEGORY<br>Killed In Action | d. DATE OF CASUALTY<br>01 Nov 2007 | e. PLACE OF CASUALTY<br>Orion, Iraq |
|---|---|---|---|---|

| f. CIRCUMSTANCES<br>Hostile Killed In Action: Injuries Received as a Result of an Improvised Explosive Device (IED) | g. BODY RECOVERED<br>Yes |
|---|---|

| h. DUTY STATUS<br>Active Duty/On Duty |
|---|

**5. BACKGROUND INFORMATION**

| a. DATE OF BIRTH<br>03 Dec 1970 | b. PLACE OF BIRTH<br>IA | | c. COUNTRY OF CITIZENSHIP<br>United States |
|---|---|---|---|
| d. RACE<br>White | | | |
| e. ETHNICITY<br>None | | | f. SEX<br>Male |
| g. RELIGIOUS PREFERENCE<br>United Methodist Church | | | |

**6. ACTIVE DUTY INFORMATION**

| a. PLACE OF ENTRY<br>Kansas City, KS | b. DATE OF ENTRY<br>28 Jun 1989 | c. HOME OF RECORD AT TIME OF ENTRY<br>Neosho, KS |
|---|---|---|

**7. INTERESTED PERSONS/REMARKS** *(Name, Address, and Relationship) (Continue on separate sheet, if necessary)*

Conflict: WAR ON TERRORISM / OPERATION IRAQI FREEDOM

Mrs. Carol E. Crowell, 300 Schwarz Meadow Court, O'Fallon, IL 62269   Wife (3)
Eric T. Crowell, (DOB: 13 Oct 98), Same                                Son
Ian P. Crowell, (DOB: 25 May 05), Same                                 Son
Ms. Peggy L. Whipp, 19704 Panda Road, Neosho, MO 64850                 Mother

SGLI: Carol E. Crowell, Spouse, 100%   Lump Sum   $400,000
      Eric T. Crowell, Son, 100%
      Ian P. Crowell, Son, 100%
Item 7 changed as indicated by +   +Survivor Benefit Plan: Yes  +Line of Duty: Yes
Member died in a combat zone or from a terroristic or military action. IAW Title 26, Subtitle A, Chapter 1, Subchapter J,
Part II, Section 692.
(BENEFITS AND ENTITLEMENTS)
FY 08 Fund Cite: Enlisted  578 3500 328 530 525725
(FOR MOVEMENT OF DEPENDENTS & HOUSEHOLD GOODS)
FY 08 Fund Cite: Enlisted  578 3500 328 5881.0* 525725 TAC F88B

FOOTNOTES:   1.  Adult next of kin.
             2.  Beneficiary for gratuity pay in the event there is no surviving spouse or child - as designated on record of emergency data.
             3.  Beneficiary for unpaid pay and allowances - as designated on record of emergency data.

**8. REPORTING INFORMATION**

| a. COMMAND AGENCY<br>Balad AB, Iraq Balad AB IZ | b. DATE RECEIVED<br>01 Nov 2007 |
|---|---|

| 9. DISTRIBUTION<br>NOT USED | 10. SIGNATURE ELEMENT |
|---|---|

OFFICIAL

KARALYNE S. LAWERY, Capt, USAF
Chief, Casualty Services Branch

NOTE: ...

DD Form 1300, MAR 2004    PREVIOUS EDITION MAY BE USED.

# Exhibit B

11/7/2007 5:27 AT PAGE 3700S Fax Server

Prudential

# Servicemembers' Group Life Insurance Election and Certificate

Please read the Instructions before completing this form.

| Use this form to: (check all that apply) | **Important:** This form is for use by Active Duty and Reserve members. This form does not apply to and cannot be used for any other Government Life insurance. |
|---|---|
| ☑ Name or update your beneficiary | |
| ☐ Reduce the amount of your insurance coverage | |
| ☐ Decline insurance coverage | |

| Last name    First name    Middle name | Rank, title or grade | Social Security Number |
|---|---|---|
| Crowell, Thomas A. | SA | 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 |

| Branch of Service (Do not abbreviate) | Current Duty Location |
|---|---|
| Air Force | Scott AFB IL |

## Amount of Insurance

By law, you are automatically insured for $400,000. **If you want $400,000 of insurance,** skip to *Beneficiary(ies) and Payment Options*. **If you want less than $400,000** of insurance, please check the appropriate block below and write the amount desired and your initials. Coverage is available in increments of $50,000. **If you do not want any insurance\*,** check the appropriate block below and write (in your own handwriting), "I do not want insurance at this time."

Declining SGLI coverage also cancels all family coverage and traumatic injury protection under the SGLI program.

☐ I want coverage in the amount of $_____    Your initials _____

☐ _____ (Write "I do not want insurance at this time.")

\*Note: Reduced or refused insurance can only be restored by completing form SGLV 8285 with proof of good health and compliance with other requirements. Reduced or refused insurance will also affect the amount of Veterans' Group Life insurance you can convert to upon separation from service.

## Beneficiary(ies) and Payment Options

I designate the following beneficiary(ies) to receive payment of my insurance proceeds. I understand that the principal beneficiary(ies) will receive payment upon my death. If all principal beneficiaries predecease me, the insurance will be paid to the contingent beneficiary(ies).

| Complete Name (first, middle, last) and Address of each beneficiary | Social Security Number (if known) | Relationship to you | Share to each beneficiary (Use %, $ amounts or fractions) | Payment Option (Lump sum or 36 equal monthly payments) |
|---|---|---|---|---|
| **Principal** | | | | |
| 1. Carol E. Crowell | 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 | Sp | 100% | Lump sum |
| 2. Eric T. Crowell | | Ch | 100% | Lump sum |
| 3. Ian P. Crowell | | Ch | 100% | Lump sum |
| 4. | | | | |
| ☐ Additional Principals on page 5 (check if applicable) | | | | |
| **Contingent** | | | | |
| 1. Ellen L. Loughran | | MOL | 100% | Lump sum |
| 2. | | | | |
| 3. | | | | |
| 4. | | | | |
| \*\* Additional Contingents on page 5 (check if applicable) | | | | |

**I HAVE READ AND UNDERSTAND** the instructions on pages 2 and 3 of this form. **I ALSO UNDERSTAND** that:

- This form cancels any prior beneficiary or payment instructions.
- The proceeds will be paid to beneficiaries as stated in #6 on page 3 of this form, unless otherwise stated above.
- If I have legal questions about this form, I may consult with a military attorney at no expense to me
- I cannot have combined SGLI and VGLI coverages at the same time for more than $400,000.

SIGN HERE IN INK ▶ _~signature~_    Date: 20 Jun 07

(Your signature. Do not print.)

| Do not write in space below. For official use only. | | | |
|---|---|---|---|
| RECEIVED BY: | RANK, TITLE OR GRADE | ORGANIZATION | DATE RECEIVED |
| _~signature~_ | TSgt | HQAFOSI | 20 Jun 07 |

Copy 1 - Member's Official Personnel File
Copy 2 - To Member
Copy 3 - To Active or Reserve Component of Uniformed Service

p. 2