IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>                  Plaintiff,<br><br>   v.<br><br>CAROL E. CROWELL, ERIC T. CROWELL, *a* Minor Child, and IAN P. CROWELL, *a* Minor Child,<br><br>                  Defendants. | Civil Action No.:<br><br>**FILED: MAY 01, 2008**<br>**08CV2485    AEE**<br>**JUDGE DER-YEGHIAYAN**<br>**MAGISTRATE JUDGE MASON** |

**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT**

Plaintiff, The Prudential Insurance Company of America ("Prudential"), by counsel, hereby complies with Federal Rule of Civil Procedure 7.1 and states as follows:

The Prudential Insurance Company of America, a New Jersey corporation, is a subsidiary of Prudential Holdings, LLC, a New Jersey Limited Liability Company which owns 100 percent of the stock of Prudential Insurance Company of America. Prudential Holdings, LLC is a subsidiary of Prudential Financial, Inc., which owns 100 percent of Prudential Holdings, LLC. Prudential Financial, Inc. is a publicly-held New Jersey corporation traded on the New York Stock Exchange under the symbol "PRU" and no parent corporation or any publicly-held corporation owns ten percent or more of its stock.

Dated: May 1, 2008                           Respectfully submitted,

                                                                   /s/ Mitchell K. Rovner
                                      One of the Attorneys for Attorneys for Defendant
                                      The Prudential Insurance Company of America

Mitchell K. Rovner
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, 5th Floor
Chicago, Illinois 60601
Tel: (312) 324-1000
Fax: (312) 324.1001

1-CH/212881.1