IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,<br><br>            Plaintiff,<br><br>    v.<br><br>CAROL E. CROWELL, ERIC T. CROWELL, *a* Minor Child, and IAN P. CROWELL, *a* Minor Child,<br><br>            Defendants. | :<br>:<br>:<br>: Civil Action No.: 1:08-cv-02485<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>:<br>: |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT pursuant to Fed. R. Civ. Proc. 41(a)(1)(A)(i), Plaintiff The Prudential Insurance Company of America hereby dismisses this action because it was filed in the incorrect United States District Court. The Defendants in this action were never served.

Dated:  May 14, 2008                    Respectfully submitted,

                                        _____/s/ Mitchell K. Rovner_____
                                        One of the Attorneys for Attorneys for Defendant
                                        The Prudential Insurance Company of America

Mitchell K. Rovner
Morgan, Lewis & Bockius LLP
77 West Wacker Drive, 5th Floor
Chicago, Illinois 60601
Tel: (312) 324-1000
Fax: (312) 324-1001

1-CH/213724.1